## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

**TELINIT TECHNOLOGIES, LLC**

Plaintiff,

v.

**BRITISH TELECOMMUNICATIONS PLC; RIBBIT CORPORATION; BT AMERICAS INC.; and BT CONFERENCING INC.**

Defendants.

**CIVIL NUM.: 2:12-cv-00658-JRG-RSP**

**PLAINTIFF REQUESTS TRIAL BY JURY**

**PATENT INFRINGEMENT**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Telinit Technologies, LLC and Defendants Ribbit Corporation ("Ribbit"), BT Americas Inc. ("BT") and BT Conferencing, Inc. ("BT Conferencing"), by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims and counterclaims in this action between Plaintiff and the Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

William E. Davis, III
Texas State Bar No. 24047416
The Davis Firm, PC
111 West Tyler Street
Longview, Texas 75601
Tel: (903) 230-9090
Fax: (903) 230-9661
bdavis@bdavisfirm.com

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Plaza, 5th Floor

/s/Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
State Bar No. 00784720
Wilson, Robertson & Cornelius P.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel: 903.509.5001
Fax: 903.509.5091
jainsworth@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS RIBBIT CORPORATION; BT AMERICAS INC.; AND BT CONFERENCING INC.**

221 Ponce de León Avenue
San Juan, PR 00917
Tel: (787) 766-7000
Fax: (787) 766-7001
etorres@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**TELINIT TECHNOLOGIES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 22nd day of April, 2013.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola