IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **TELINIT TECHNOLOGIES, LLC** | **CIVIL NUM.: 2:12-cv-658** |
| Plaintiff, | |
| v. | |
| **BRITISH TELECOMMUNICATIONS PLC; RIBBIT CORPORATION; BT AMERICAS INC.; and BT CONFERENCING INC.** | **PLAINTIFF REQUESTS TRIAL BY JURY** |
| | **PATENT INFRINGEMENT** |
| Defendants. | |

### ORDER

Having considered plaintiff Telinit Technologies, LLC's ("Telinit") *Motion for Voluntary Dismissal with Prejudice*, the Court finds that good cause exists for granting the motion. The *Motion for Voluntary Dismissal with Prejudice* is GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted by Telinit against British Telecommunications PLC are hereby dismissed with prejudice and all pending motions between the parties are denied as moot. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 24th day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE